IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DONTE LEWIS,<br><br>　　　　　　Defendant. | No. CR 08-0927 WHA<br><br>[~~PROPOSED~~] STIPULATED ORDER RE: PRETRIAL SCHEDULE AND DISCOVERY DISCLOSURE DATES |

　　The parties in the above-entitled case have met and conferred as directed by the Court, and propose the following schedule for pretrial and *in limine* motions and hearings, and for discovery disclosures. Where the Court has already set dates for proceedings, this order reflects those dates.

**Suppression Hearing**

1. Any defense pretrial, Fourth Amendment motion to suppress shall be heard by the Court on Tuesday, September 15, 2009 at 2:00 p.m.;

   a. The defense shall file any Fourth Amendment motion to suppress by Tuesday, August 25, 2009;

   b. The government shall any opposition to the motion to suppress by Tuesday, September 1, 2009;

*Lewis*, CR 08-0927 WHA
STIP. ORD. RE: PRETRIAL DATES

1. c. The defense may file a reply to the government's opposition by Tuesday, September 8, 2009;

**Discovery**

2. By September 15, 2009 at 5:00 pm, the parties shall reciprocally disclose:
   a. An identification of any expert witnesses, along with their curriculum vitae and a meaningful summary of the witnesses's anticipated testimony;
   b. Witness lists for the cases in chief;
   c. Identification of evidence sought to be admitted under Federal Rules of Evidence 404(b), 608, and 609, to the extent required by Federal Rules of Evidence;
   d. Materials required to be disclosed under Federal Rule of Criminal Procedure 16;
      i. In this stipulated order, the defense disclaims any alibi defense;
      ii. In this stipulated order, the defense disclaims any insanity defense;
   e. *Brady* / *Giglio* evidence to be disclosed by the government, including witness statements that fall within *Brady*;
   f. The parties will jointly disclose witness statements covered by the Jencks Act on the schedule required by Federal Rule of Criminal Procedure 26.2 and 18 USC § 3500.

**Pretrial Conference**

3. The Pretrial Conference shall be held on Monday, September 28, 2009 at 2:00 p.m.;
4. By September 21, 2009 at 5:00 p.m., the parties shall file any *in limine* motions. Filings to be made on September 21 shall include:
   a. Motions under Federal Rule of Evidence 702 regarding expert witnesses;
   b. Motions to exclude evidence offered under Federal Rules of Evidence 404(b), 608, or 609;
   c. Motions to exclude hearsay evidence, to the extent known by that date;
   d. Motions in support of or contesting proposed jury instructions;

  e. The Pretrial Conference Statement;

  f. Proposed jury instructions;

  g. Proposed verdict forms;

  h. Any stipulations;

5. Oppositions shall be cross-filed by September 24, 2009 at 5:00 p.m.;

6. The parties will not file reply briefs.

  For good cause shown the Court adopts this proposed pretrial schedule.

IT IS SO ORDERED.

<u> August 19, 2009 </u>
DATED         WILLIAM. H. ALSUP
           United States District Court Judge

IT IS SO STIPULATED.

<u>August 17, 2009</u>      <u> /s       </u>
DATED         JOSEPH P. RUSSONIELLO
           United States Attorney
           Northern District of California
           NAT COUSINS
           Assistant United States Attorney

<u>August 17, 2009</u>      <u> /s       </u>
DATED         BARRY J. PORTMAN
           Federal Public Defender
           Northern District of California
           STEVEN G. KALAR
           Assistant Federal Public Defender